HONORABLE ANCER L. HAGGERTY

William R. Tamayo, Regional Attorney
John Stanley, Supervisory Trial Attorney
May Che, Senior Trial Attorney
Teri Healy, Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: 206-220-6919
may.che@eeoc.gov
teri.healy@eeoc.gov

Attorneys for Plaintiff EEOC

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC.<br><br>Defendant. | Case No. 3:11-CV-832-HA<br><br>[PROPOSED] ORDER RE: CONSENT DECREE |

The Court, having considered the Consent Decree that the parties filed herewith, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains

[Proposed] Order re: Consent Decree
3:11-CV-832-HA
Page 1 of 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 30 day of April, 2014

*[signature]*
United States District Judge

Presented By:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| MAY CHE<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| TERI HEALY<br>Senior Trial Attorney | OFFICE OF THE GENERAL COUNSEL<br>131 M Street, NE<br>Washington, D.C. 20507 |

BY: *s/May Che*
     MAY CHE

[Proposed] Order re: Consent Decree
3:11-CV-832-HA
Page 2 of 3

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

# CERTIFICATE OF SERVICE

I certify that on April 29, 2014, I caused the foregoing [Proposed] ORDER RE: CONSENT DECREE to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Maryann Yelnosky, OSB No. 863200 | myelnosky@bullardlaw.com |
| Francis T. Barnwell, OSB No. 841623 | fbarnwell@bullardlaw.com |
| David J. Riewald, OSB No. 880969 | driewald@bullardlaw.com |
| Emily Q. Shults, OSB No. 072946 | eshults@bullardlaw.com |

Bullard Smith Jernstedt Wilson
200 SW Market Street, Suite 1900
Portland, OR 97201
Tel: 503-248-1134

*Attorneys for Defendant*

                                       *s/ May Che*
                                       MAY CHE
                                       EEOC Senior Trial Attorney

[Proposed] Order re: Consent Decree
3:11-CV-832-HA
Page 3 of 3

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882